ROSE KOLACKI, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 18711.) — Judgment and order affirmed, with costs. All concur, except Taylor and Crosby, JJ., who dissent and vote for reversal on the law and for a new trial on the ground that from the undisputed evidence it appeared that the accident happened upon an approach to the bridge. (The judgment is for defendant in

action to recover for injuries sustained by falling on a sidewalk. The order denies a motion to reopen the case.) Present — Sears, P. J., Taylor, Edgcomb, Thompson, and Crosby, JJ. [136 Misc. 239.]